# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES CAMPBELL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | Civil Action Number |
| **v.** | ) | **1:20-cv-00409-AKK-GMB** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on July 17, 2020, recommending that James Campbell's petition for a writ of habeas corpus be dismissed without prejudice for failure to prosecute. Doc. 4. Although Campbell was advised of his right to file specific objections within fourteen days, no objections have been received by the court. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the magistrate judge's Report and Recommendation is due to be adopted. A separate order will be entered.

**DONE** the 10th day of August, 2020.

　
_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE